# COOPER ERVING & SAVAGE LLP
## ATTORNEYS AND COUNSELLORS AT LAW

TERRANCE P. CHRISTENSON
MICHAEL A. KORNSTEIN
SUSAN CARROLL PICOTTE
PHILLIP G. STECK
KELLY L. MALLOY
SCOTT P. OLSON
DAVID C. ROWLEY
BRIAN W. MATULA*

KIMBERLY G. FINNIGAN†
DENNIS W. HABEL
JESSICA R. VIGARS

*ALSO ADMITTED IN VERMONT
†ALSO ADMITTED IN NEW JERSEY
±ALSO ADMITTED IN MASSACHUSETTS

*Founded 1813*

39 NORTH PEARL STREET
ALBANY, NEW YORK 12207-2797
(518) 449-3900
FACSIMILE (518) 432-3111

CLIFTON PARK OFFICE:
1520 CRESCENT ROAD – SUITE 300
CLIFTON PARK, NEW YORK 12065

REPLY TO ALBANY OFFICE

E-MAIL: PSTECK@COOPERERVING.COM
DIRECT DIAL: (518) 432-3178

JAMES FENIMORE COOPER
(1888-1938)
WM. VAN RENSSELAER ERVING
(1925-1940)
B. JERMAIN SAVAGE
(1910-1952)

JAMES G. BRENNAN
*SENIOR COUNSEL*

± CAROLYN SNYDER LEMMON
*OF COUNSEL*

August 1, 2013

Hon. Mae A. D'Agostino
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

    Re:    Hickey v. Myers et al.
            Docket No. 09-1307
            Our File No. 12626.000

Dear Judge D'Agostino:

      Plaintiff objects to defendants proposed attempt to recover $961.60 for the cost of transporting defendant Zingale to trial. I am unaware of any requirement that the plaintiff pay a party's own cost of travelling to trial. Furthermore, when this defendant was sued, he lived in the NDNY and not in California. Plaintiff is not responsible for the fact that he subsequently moved back to California after resigning as President of the College.

      Plaintiff further objects to the charges for copying in the amount of $1,162.50 at $0.25 per page. None of these are actual costs incurred by defendants as there are no bills for copying from an outside copying service.

                                 Very truly yours,

                                 COOPER ERVING & SAVAGE LLP

                                 Phillip G. Steck

cc:    Opposing Counsel via ECF and regular email
       Thomas J. Hickey